HENRY W. MCMASTER et al., as Receivers of the WABASH PITTSBURGH TERMINAL RAILWAY COMPANY, Appellants, *v.* GEORGE J. GOULD, Respondent, Impleaded with Others.

*Parties — executors and administrators — jurisdiction — when Supreme Court may not bring in foreign executors in place and stead of a deceased defendant.*

*McMaster* v. *Gould*, 210 App. Div. 806, affirmed.

(Argued November 25, 1924; decided January 21, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 2, 1924, which reversed an order of Special Term granting a motion to substitute the executors of George J. Gould, deceased, as parties defendant in this action in place and stead of said George J. Gould and denied said motion. The deceased was and the executors are residents of the State of New Jersey, the will was admitted to probate and letters testamentary issued by a court of that State and it is not claimed that said executors had taken possession of any assets in this State. The Appellate Division held that the Supreme Court of this State had no power to bring the foreign executors into this suit, pending before it, against their will and that plaintiff's remedy was by way of ancillary letters under the Surrogate's Court Act. The following question was certified: Did the court at Special Term have power to substitute the executors of the last will and testament of George J. Gould, deceased, appointed by the Orphans' Court of New Jersey where his will was probated, as parties defendant herein without their consent, in place of their testator, pursuant to the proceedings instituted by the plaintiffs herein for that purpose, and to revive as against the executors this action, which at the time of testator's death was pending in the Supreme Court of this State?

*Louis Marshall* and *James Marshall* for appellants. *William Wallace, Jr.,* and *George J. Gillespie* for respondent.

Order affirmed, with costs, question certified answered in the negative; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, ANDREWS and LEHMAN, JJ. Absent: CRANE, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. PATRICK MURPHY, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued December 1, 1924; decided January 21, 1925.)

APPEAL from a judgment of the Erie County Court, rendered December 18, 1923, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Frederick G. Bagley, Thomas A. Sullivan, John D. Clute* and *Frank E. Freedman* for appellant.

*Guy B. Moore, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: HISCOCK, Ch. J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. FRANK H. MINNICK, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued December 1, 1924; decided January 21, 1925.)

APPEAL from a judgment of the Erie County Court, rendered May 23, 1924, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Ansley B. Borkowski* and *Edwin L. Dolson* for appellant.
*Guy B. Moore, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: HISCOCK, Ch. J.